**FMP PARTNERSHIP, Plaintiff/Appellant,**

v.

**Brian FISCHLMAYER, Defendant/Respondent.**

**No. 65492.**

Missouri Court of Appeals, Eastern District, Division One.

Oct. 25, 1994.

Jonathan F. Andres, Coburn & Croft, St. Louis, for appellant.

Daniel B. Hayes, Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals from the circuit court's trial *de novo* judgment for defendant after a small claims court verdict for defendant. We affirm. The judgment of the circuit court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. A written opinion would have no precedential value. Rule 84.16(b).